

FILED
May 17, 2005
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0000175350

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF CALIFORNIA
### MODESTO DIVISION

| | | |
|---|---|---|
| In re<br>Philip & Cheryl Mann | ) ) ) | Bankruptcy Case No. 04-9417-D-07 |
| Debtor(s). | ) | |
| Sara Kistler, | ) ) | |
| Plaintiff(s), | ) | |
| v. | ) ) | Adversary Proceeding No. 05-9024-D |
| Foreclosure Assistance Solutions | ) ) | |
| Defendant(s). | ) | |

### CERTIFICATION OF SERVICE OF SUMMONS AND NOTICE OF STATUS CONFERENCE AND COMPLAINT

I, the undersigned, certify that I am, and at all times hereinafter mentioned was, not less than 18 years of age and not a party to the above-captioned matter. I further certify that I served the attached Summons and Notice Status Conference in an Adversary Proceeding, together with a copy of the complaint, Notice of Availability of Bankrtuptcy Dispute Resolution Program, and Order to Confer on Initial Disclosures and Setting Deadlines as follows:

Service was made on __May 17, 2005__, by:

     __X__    MAIL SERVICE: Regular, first class United States mail, postage fully pre-paid, addressed to:

**Foreclosure Assistance Solutions LLC, 2465 McMullen Booth Road, Suite J Clearwater, FL 33759-1368**

**Donald Tolan, Registered Agent, 2465 McMullen Booth Road, Suite J, Clearwater, FL 33759-1368**

**Adolfo Quintero, Managing Member for Foreclosure Assistance Solutions LLC 2480 Irvine Boulevard, #104, Tustin, CA 92782-8009**

**Randall K. Walton, Friend & Walton APLC, P.O. Box 830, Modesto, CA 95353**

**Philip and Cheryl Mann, 4104 Delamo Dr., Denair, CA 95316**

**Lawrence G. Gray, 4719 Quail Lakes Dr #G, PMB #255, Stockton, CA 95207**

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: May 17, 2005     Signature: *Ramona Nishimura*

                                Print Name:    Ramona Nishimura

                                Address:       501 "I" Street, Suite 7-500

                                                           Sacramento, CA 95814

```
                UNITED STATES BANKRUPTCY COURT
                 EASTERN DISTRICT OF CALIFORNIA
                        MODESTO DIVISION
```

```
In re                              )   Case No. 04-94176-D-07
                                   )
Philip & Cheryl Mann               )
                    Debtor(s).     )
                                   )
_____)
                                   )
Sara Kistler                       )
                                   )
       v.          Plaintiff(s),   )
                                   )   Adversary Proceeding No. 05-9024-D
Foreclosure Assistance Solutions   )
                    Defendant(s).  )
                                   )
_____)
```

## SUMMONS AND NOTICE OF STATUS CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint that is attached to this summons with the Clerk of the U.S. Bankruptcy Court, 1130 12th Street, Modesto, California 95354, within 30 days after the date this summons is issued, except that the United States and its officers and agencies shall file a motion or answer within 35 days.

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney whose name and address is:

> Allen C. Massey, Esq.
> Office of the United States Trustee
> 501 "I" Street, Suite 7-500
> Sacramento, CA 95814

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status conference in this adversary proceeding will be held as follows:

> DATE AND TIME:   July 7, 2005 at 11:00 am
> PLACE:           U.S. Bankruptcy Court
>                  1130 12th Street
>                  Modesto, California

Attorneys of record in the adversary proceeding and unrepresented parties must attend the status conference. You may arrange to attend by telephone by contacting Court Conference at 1-866-582-6878 at least 24 hours prior to the status conference.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR DEFAULT MAY BE ENTERED AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

DATE OF ISSUANCE: May 10, 2005

                                        FOR THE COURT
                                        Richard Heltzel, Clerk



                                        BY: _Nancy Petz_____
                                                Deputy Clerk