2
Allen C. Massey - 172024
Antonia G. Darling - 76190
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
501 "I" Street, Suite 7-500
Sacramento, CA 95814
(916) 930-2100/Fax (916) 930-2099

Attorneys for Sara L. Kistler,
　Acting United States Trustee

```
                    FILED
                   JUL - 7 2005
           UNITED STATES BANKRUPTCY COURT
           EASTERN DISTRICT OF CALIFORNIA
```

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re:　　　　　　　　　　　　　　　Case No.　04-94176-D-7

Philip & Cheryl Mann,

　　　　Debtors.
_____/

United States Trustee,　　　　　　Adv. No.　05-9024-D

　　　　Plaintiff,

v.

Foreclosure Assistance Solutions LLC,

　　　　Defendant.
_____/

**JUDGMENT**

　　The United States Trustee and Foreclosure Assistance Solutions LLC ("FAS") having entered into a Stipulation to Judgment in resolution of the United States Trustee's Complaint to Enjoin Defendant from Acting as a Bankruptcy Petition Preparer and for Fines and Disgorgement of Fees, it is hereby

　　ORDERED, ADJUDGED, AND DECREED that:

1.　FAS, its agents, servants, employees, associates, and all persons in active concert and participation with each of them, shall be permanently enjoined from preparing or assisting in the filling out of, or giving legal advice pertaining to, or filing of, bankruptcy petitions or any other bankruptcy-related documents, in the United States of America.

2. FAS shall return the fee received from captioned Debtors by providing to the United States Trustee a $1,200 Cashier's Check payable to "Philip Mann and Cheryl Mann."

3. FAS shall be fined $4,500. Such fine shall be paid to the United States Trustee only if FAS does not provide the $1,200 Cashier's Check described above OR if the injunction described above is violated.

Dated: 7-7-05

*Robert Brikwit*
United States Bankruptcy Judge