```
                    UNITED STATES BANKRUPTCY COURT
                    EASTERN DISTRICT OF CALIFORNIA
                             CIVIL MINUTES
```

```
Debtor : PHILIP/CHERYL MANN           Case No:  04-94176-D-7
SARA KISTLER, VS.                     Adv No :  05-9024
                                      DC No  :
FORECLOSURE ASSISTANCE                Date   :  7/28/05
SOLUTIONS                             Time   :  11:00 A.M.

Matter :        CONT. STATUS CONFERENCE
                5-9-05  [1]




Judge:                   Robert S. Bardwil
Courtroom Deputy:        Carlene Walker
Reporter:                Debby Martin
Department:              D


APPEARANCES for:
  Moving Party
  Plaintiff - (Atty) No Appearance

  Respondent
  Defendant - (Atty) No Appearance
```

CONT. STATUS CONFERENCE was:  Dropped from calendar.  A judgment was filed on July 7, 2005 and entered on the court's docket on July 8, 2005.